

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00009-CV

IN RE STEPHANIE WILSON                                            RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

On January 7, 2014, Relator filed a petition for writ of mandamus requesting relief from Respondent's action in failing to certify her as a candidate for Justice of the Peace, Precinct 8, on the primary-election ballot for the Democratic Party. *See* Tex. Elec. Code Ann. § 273.061 (West 2010). Two days later, Relator filed the instant petition for writ of injunction requesting that we enjoin the Tarrant County Elections Administrator from printing the primary-election ballots "with regard to Precinct 8, until her Petition for Writ of Mandamus may be heard and ruled upon." *See id.* § 273.081. Because we now have denied Relator's requested mandamus relief in a separate opinion, her request

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

for an injunction pending the outcome of her mandamus action similarly is denied.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED:  January 15, 2014